FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002853237

BANKRUPTCY LAW GROUP, P.C.
Berkeley Collins, SBN: 256894
Bruce C Dwiggins, SBN: 255550
Chad M. Johnson, SBN: 232417
25 Cadillac Dr., Suite 290
Sacramento, CA 95825
Tel: (916) 437-3990
Fax: (916) 437-3980

Attorneys for Debtors
TIMOTHY JACOBS and
KERI JACOBS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In re:

TIMOTHY JACOBS and
KERI JACOBS

   Debtors.

) Case No.: 10-39299-A-7
)
) Chapter 7
)
) DCN: BLG - 1
)
) **MOTION FOR ORDER COMPELLING**
) **TRUSTEE TO ABANDON DEBTORS'**
) **BUSINESS AS ASSET OF ESTATE [11**
) **USCS §§ 554(b), 721 ]**
)
) Date: September 20, 2010
) Time: 9:00 a.m.
) Courtroom: 28, 7th Floor
) Honorable Michael McManus
)

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS'
BUSINESS AS AN ASSET OF THE ESTATE**

Debtors TIMOTHY & KERI JACOBS, by and through their attorney of record Berkeley Collins, will and hereby do bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtors' Business ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' business on the following grounds:

1. Debtors' business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: 8/13/10

BANKRUPTCY LAW GROUP, P.C.

By: /s/ Berkeley Collins
Berkeley Collins, Esq.
Attorney for Debtors